JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation | ) Case No.  8:10-ml-02151 JVS (FMOx) ) ) Assigned to:  Hon. James V. Selna |
| This document relates to: | ) Discovery:  Mag. Fernando M. Olguin ) ) ORDER ON STIPULATION OF |
| Beverly Ifergan v. Toyota Motor Sales, U.S.A., Inc., et al. Case No. 8:10-cv-01543-JVS-FMO | ) DISMISSAL ) (FRCP Rule 41(a)(1)(A)(ii)) ) ) |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against defendants.  Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.  The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: March 22, 2021

_____
Honorable James V. Selna

24035123